

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00315-CV

| | | |
|---|---|---|
| In re Chris Gerstner d/b/a Resolute Services | § | Original Proceeding |
| | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2007-054860-1) |
| | § | October 23, 2015 |
| | § | Opinion by Justice Walker |

## JUDGMENT

The court has considered the petition for writ of mandamus filed by Relator Chris Gerstner d/b/a Resolute Services. We conditionally grant Relator's petition. Writ will issue only if Respondent, the Honorable Don Pierson, fails to hold a hearing and to rule on Relator's application for ex parte turnover relief within thirty days.

It is further ordered that Real Party in Interest Aaron Transfer and Storage, Inc. shall pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
Justice Sue Walker